UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-80080-CANNON/REINHART

UNITED STATES OF AMERICA

vs.

ACCELOGIC LLC, and
INTELLECTUAL PROPERTY
SYSTEMS, LLC

        **Defendants.**
_____/

## UNOPPOSED MOTION TO CORRECT CLERICAL ERRORS

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and files this Unopposed Motion to Correct Clerical Errors, pursuant to Fed. R. Crim. P. 36. On September 9, 2022, the Court sentenced defendants Accelogic LLC and Intellectual Property Systems, LLC. The undersigned appeared on behalf of the United States, and Peter Zeidenberg, Esq. appeared on behalf of the defendants (DE 40). On September 11, 2022, the Court issued the Judgments for Accelogic and Intellectual Property Systems (DE 43 and DE 44, respectively). The Judgments contain a clerical/typographical error, that is, on page 1, the incorrect counsel's name is listed as counsel for the defendant.

Rule 36 provides: "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36. In the Eleventh Circuit, "Rule 36 may not be used to make a substantive alteration to a criminal sentence." *United States v. Davis*, 841 F.3d 1253, 1261 (11th Cir. 2016) (quotations omitted). "Indeed, Rule 36 is meant to correct errors that are 'minor and mechanical' in nature." *United States v. Gomez*, 700 F. App'x 963, 965 (11th Cir. 2017) (quoting *United States v. Portillo*, 363 F.3d 1161, 1165 (11th Cir. 2004)). "[E]xamples of clerical errors include arithmetic mistakes . . . misstated statute numbers . . . and discrepancies between a district court's oral and written judgments." *United States v. Rice*, 784 F. App'x 714, 717 (11th Cir. 2019).

Here, the proposed correction is clerical in nature, and is simply meant to conform the Judgment to the minutes of the sentencing hearing.

The undersigned has conferred with Mr. Zeidenberg and Mr. Bertisch, and both concur in the granting of this motion.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court issue corrected Judgments that reflect, on page 1 of each Judgment, that Peter Zeidenberg appeared as counsel for the defendants.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

s/*A. Marie Villafaña*
A. MARIE VILLAFAÑA
ASSISTANT U.S. ATTORNEY
Florida Bar No. 0018255
500 South Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711/Fax: (561) 820-8777
ann.marie.villafana@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2022, a copy of this pleading was filed and served via CM/ECF upon counsel for the defendants.

s/*A. Marie Villafaña*
A. MARIE VILLAFAÑA
Assistant United States Attorney