UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80080-CR-CANNON

**UNITED STATES OF AMERICA**,

 Plaintiff,

v.

**ACCELOGIC LLC**, and **INTELLECTUAL PROPERTY SYSTEMS, LLC**,

 Defendants.
_____/

## ORDER

 **THIS MATTER** is before the Court on the United States' Unopposed Motion to Correct Clerical Errors [ECF No. 45]. Being fully advised, it is

 **ORDERED AND ADJUDGED** that the Motion [ECF No. 45] is **GRANTED**. Amended Judgments will be entered separately.

 **DONE AND ORDERED** in Fort Pierce, Florida on this 21st day of September 2022.

          _____
          **AILEEN M. CANNON**
          **UNITED STATES DISTRICT JUDGE**

cc: counsel of record