# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | § (For Organizational Defendants) |
| v. | § |
| | § Case Number: **9:22-CR-80080-CANNON** |
| **INTELLECTUAL PROPERTY SYSTEMS, LLC** | § |
| | § |
| | § Counsel for Defendant: **Peter Zeidenberg, Esq.** |
| | § |
| | § Counsel for United States: **Ann Marie C. Villafana** |

Date of Entry of Original Judgment: 9/11/2022
Reason for Amendment: Correction of Sentence for Clerical Mistake in Name of Defense Counsel (Fed. R. Crim. P. 36)

## THE DEFENDANT ORGANIZATION:

| | | |
|---|---|---|
| ☐ | pleaded guilty to count(s) | |
| ☒ | pleaded guilty before a U.S. Magistrate Judge, which was accepted by the court, as to Count | **1 of the Information** |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant organization is adjudicated guilty of this offense:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18 U.S.C. § 1349 / Conspiracy to Commit Wire Fraud | May 17, 2022 | 1 |

The defendant organization is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant organization must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 51-0411373

Defendant Organization's Principal Business Address:

609 Spinnaker
Weston, FL  33326

Defendant Organization's Mailing Address:

609 Spinnaker
Weston, FL  33326

**September 9, 2022**
Date of Imposition of Sentence

Signature of Judge

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**September 21, 2022**
Date

DEFENDANT ORGANIZATION: INTELLECTUAL PROPERTY SYSTEMS, LLC
CASE NUMBER: 9:22-CR-80080-CANNON

# PROBATION

The defendant organization is hereby sentenced to probation for a term of **three (3) years**.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1. Within 30 days from the date of this judgment, the defendant organization shall designate an official for the organization to act as the organization's representative and to be the primary contact with the probation officer;
2. The defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3. The defendant organization shall notify the probation officer ten (30) days prior to any change in principal business or mailing address;
4. The defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5. The defendant organization shall notify the probation officer within seventy-two (72) hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6. The defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7. The defendant organization shall not waste, nor without permission of the probation officer, sell, assign or transfer its assets.

DEFENDANT ORGANIZATION: INTELLECTUAL PROPERTY SYSTEMS, LLC
CASE NUMBER: 9:22-CR-80080-CANNON

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

**Development of an Effective Compliance and Ethics Program:** The organization shall develop and submit to the Court an effective compliance and ethics program consistent with **§** 8B2.1 (Effective Compliance and Ethics Program). The organization shall include in its submission a schedule for implementation of the compliance and ethics program.

**Disclosure of Business/Financial Records:** The corporation shall make periodic submissions to the Court or probation officer, at monthly intervals as specified by the Court, (A) reporting on the organization's financial condition and results of business operations, and accounting for the disposition of all funds received, and (B) reporting on the organization's progress in implementing the effective compliance and ethics program. Among other things, reports under subparagraph (B) shall disclose any criminal prosecution, civil litigation, or administrative proceeding commenced against the organization, or any investigation or formal inquiry by governmental authorities of which the organization learned since its last report.

**Disclosure of Business Financial Changes:** The organization shall notify the Court or probation officer immediately upon learning of (A) any material adverse or positive change its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization.

**Permissible Search of Business Records:** The organization shall submit to: (A) a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the Court; and (B) interrogation of knowledgeable individuals with the organization. Compensation to and costs of any experts engaged by the Court shall be paid by the organization.

**Prohibition of Business Reorganization to Avoid Conditions of Probation:** The defendant shall not, through a change of name, business reorganization, sale or purchase of assets, lease or transfer of assets, divestiture of assets, creation of any commercial entity, or any similar or equivalent action, including but not limited to seeking protection in bankruptcy, seek to avoid the conditions of probation, including but not limited to the compliance program.

**Related Concern Restriction:** The defendant shall not own, operate, act as a consultant, be employed in, or participate in any manner, in any business that receives government contracts during the period of supervision.

DEFENDANT ORGANIZATION: INTELLECTUAL PROPERTY SYSTEMS, LLC
CASE NUMBER: 9:22-CR-80080-CANNON

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the total criminal monetary penalties under the schedule of payments page.

|  | **Assessment** | **Restitution** | **Fine** |
|---|---|---|---|
| **TOTALS** | $400.00 | $2,902,984.98 | 0 |

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: INTELLECTUAL PROPERTY SYSTEMS, LLC
CASE NUMBER: 9:22-CR-80080-CANNON

# SCHEDULE OF PAYMENTS

Having assessed the defendant organization's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payments of $400.00 due immediately.

**It is ordered that the Defendant organization shall pay to the United States a special assessment of $400.00, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court. Payment is to be addressed to:**

> **U.S. CLERK'S OFFICE**
> **ATTN: FINANCIAL SECTION**
> **400 NORTH MIAMI AVENUE, ROOM 8N09**
> **MIAMI, FLORIDA 33128-7716**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒   Joint and Several with the Co-Defendant (Accelogic, LLC) in this case and with Juan Guillermo Gonzalez in Case No. 22-60101-CR-CANNON.

☒   The defendant organization shall forfeit the defendant's interest in the following property to the United States:
   **FORFEITURE of the defendant organization's right, title and interest in certain property is hereby ordered consistent with the plea agreement and with the Preliminary Order of Forfeiture.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.